IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS OCHS, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| READING HOSPITAL | : | No. 14-4017 |
| Defendant | : | |

**O R D E R**

**AND NOW**, this 23rd day of June, 2015, upon consideration of Defendant Reading Hospital's motion for summary judgment along with Plaintiffs' response, Reading Hospital's reply, and Plaintiffs' sur-reply, **I HEREBY ORDER** that the motion for summary judgment is **GRANTED**.

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.